# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Tremayne Durham v. G. Kelley et al

USCA NO.: 21-3187

LOWER COURT or AGENCY and DOCKET NUMBER:
United States District Court for the District of New Jersey Dckt. No. 3-21-cv-04565

NAME OF JUDGE: Michael A. Shipp, U.S. District Judge

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Nature of action: Plaintiff sued Defendants listed below for violations of his rights under the Eighth Amendment, Rehabiliation Act, and Americans with Disabilities Act.

Parties: Plaintiff/Appellant - Tremeyne Durham  Defendants/Appellees: C.O.R. G. KELLEY; C.O.R. B. CORREA; C.O.R. M. DOYLE; C.O.R. MOBOLANLE EBO; C.O.R. Z. GOODWIN; C.O.R. W. GRAY; C.O.R. NEAL WEST; C.O.R. J JOHNSON; C.O.R. L. JOVANOVIC; C.O.R. J. RODRIGUEZ; C.O.R. SUSAN SPINGLER; C.O.R. K. VEGA; C.O.R. W. VINCENTE

Amount in controversy: Plaintiff claimed 100,000 dollars per defendant for each claim.

Judgement of Court Below: The District Court dismissed Plaintiff's com[plaint pursuant to a 28 U.S.C. section 1915A screening order.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Attached: Opinion and order of district court dismissing Plaintiff's claims pusuant to 8 U.S.C. section 1915A screening order.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

Procedural Background: Plaintiff filed his complaint on 03/09/2021. On 10/13/2021 the district court dismissed the complaint on a section 1915A screening order without predjudice with leave to amend. Plaintiff did not amend. On 11/08/2021 the district court dismissed the complaint with predjudice.

Factual Background: Plaintiff, Mr. Durham, is a prisoner in the New Jersey State Prison in Trenton, NJ. Mr. Durham was diagnosed with lumbar stenosis and prescribed a walking cane. His claims on appeal here arise from Defendants' actions denying him use of his prescribed walking cane and a shower chair resulting in exacerbation of his already serious back condition and leading to pain and furher injury.

Identify the issues to be raised on appeal:

Questions presented on appeal:

1) Whether the district court erred in denying Plaintiff's claims against Defendants in their official capcities for damages under the ADA and RA because of Eleventh Amendment sovereign immunity.

2) Whether the district court erred in denying Plaintiff's ADA and RA claims on the grounds that he is not a "qualified individual with a disability" and that he was not "subject to discrimination by reason of his disbility."

3) Whether the district court erred in denying Plaintiff's Section 1983 claims against Defendants in their individual capacities for violations of his rights under the Eighth Amendment.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this  9th  day of  February ,20 22 .

s/ Oren N. Nimni

Signature of Counsel

Rev. 07/2015