UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-3187
_____

TREMAYNE DURHAM,
                 Appellant

v.

C.O.R. G. KELLEY; C.O.R. B. CORREA;
C.O.R. W. GRAY; C.O.R. W. VINCENTE;
C.O.R. J. RODRIGUEZ; C.O.R. K. VEGA;
O.F.C. Z. GOODWIN; O.F.C. L. JOVANOVIC;
O.F.C. M. DOYLE; SUSAN SPINGLER;
NURSE MOBOLANLE EBO, RN, BSN;
NURSE NEAL WEST; DOCTOR JOHN DOE #1;
JOHN DOE #2; JOHN DOE #3;
J JOHNSON, Medical Records Clerk
_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 3:21-cv-04565)
Honorable Michael A. Shipp
_____

Argued: March 13, 2023

Before:  RESTREPO, AMBRO, and FUENTES, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on March 13, 2023. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered November 8, 2021, is VACATED and REMANDED for further proceedings. Costs are not taxed. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 19, 2023

**Certified as a true copy and issued in lieu of a formal mandate on** __October 11, 2023__

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**